**Electronically Filed
Supreme Court
SCWC-10-0000003
01-NOV-2010
12:12 PM**

NO. SCWC-10-0000003

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MELVIN DE FREITAS, JR., Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29808; S.P.P. NO. 09-1-0010)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

        Petitioner/Petitioner-Appellant Melvin De Freitas Jr.'s

application for writ of certiorari, filed on September 27, 2010,

is hereby rejected.

        DATED:  Honolulu, Hawaiʻi, November 1, 2010.

                        FOR THE COURT:

                        /s/  James E. Duffy, Jr.

                        Associate Justice



Melvin De Freitas, Jr.
petitioner/petitioner-
appellant *pro se* on
the application

---

        [1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Nishimura, assigned by reason of vacancy.